IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**MARIA DE LA CRUZ ROMERO MARTINEZ**<br><br>DEBTOR | CASE NO. 15-03199 (BKT)<br><br>Chapter 13 |
| **BANCO POPULAR DE PUERTO RICO**<br><br>MOVANT<br><br>vs.<br><br>**MARIA DE L ACRUZ ROMERO MARTINEZ;**<br>**ALEJANDRO OLIVERAS RIVERA,**<br>CHAPTER 13 TRUSTEE<br><br>RESPONDENTS | INDEX<br><br>☒ of acts against property under §362(d)(1) "CAUSE" |

## MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

COMES NOW BANCO POPULAR DE PUERTO RICO, ("Banco Popular"), through its undersigned counsel, and very respectfully alleges, states and prays:

1. Jurisdiction is granted by 28 U.S.C. §1334 and by 28 U.S.C. §157, and this is an action pursuant to 11 U.S.C. §362 (d)(1).

2. On April 30, 2015, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

3. Banco Popular is the holder in due course of a Mortgage Note in the principal sum of $118,168.23 bearing interest at 4.500% per annum, due on May, 2044.

4. On May 27, 2015 (Claim No. 6), Banco Popular filed a secured claim, with a proof of lien, in the amount of $117,988.56 for loan number 1351, with pre-petition arrears of

$1,249.68, encumbering Debtor's residence located at: T-55 24St., Villa Nueva Dev., in Caguas, Puerto Rico.

5. Since the filing date, Debtor's account has accumulated post-petition arrears of **$3,302.30** including late charges, legal fees and costs of this index., as stated in the attached verified statement entitling this Honorable Court to grant Banco Popular relief from the automatic stay, pursuant to 11 U.S.C. §362 (d)(1).

6. Respondent is the duly-appointed Chapter 13 trustee.

7. As shown from the attached certification, Debtor is not eligible for the protections of the Servicemen's Civil Relief Act of 2003.

**WHEREFORE,** it is respectfully requested that this Honorable Court enter an order granting Banco Popular relief from the automatic stay.

**WE HEREBY CERTIFY** that a copy of the *Motion for Relief from Stay* was electronically filed by Movant, using the CM/ECF System, which will send a notification to the Chapter 13 Trustee and to the debtor's attorney. In addition, a copy of the *Motion for Relief from Stay* was sent by Movant, to the debtor's address of record.

In San Juan, Puerto Rico on the 13th day of September, 2016.

SERGIO A. RAMIREZ DE ARELLANO LAW OFFICES
Attorneys for Banco Popular
Banco Popular Center
10th Floor, Suite 1022
209 Muñoz Rivera Avenue
San Juan, PR 00918-1009
Tels: (787) 765-2988
Fax No. (787) 765-2973
sramirez@sarlaw.com


*/S/ Sergio A. Ramirez de Arellano*
USDC PR 126804

## STATEMENT OF ACCOUNT

| DEBTOR: | MARIA ROMERO-MARTINEZ | | BPPR NUM: | 1351 |
|---|---|---|---|---|
| BANKRUPTCY NUM: | 15-03199 | | FILING DATE: | 04/30/15 |

### SECURED LIEN ON REAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Principal Balance as of | 03/01/16 | | | | 114,777.47 |
| Accrued Interest from | 02/01/16 to | 09/30/16 | | | 3,382.00 |
| Interest: 4.500% | Accrued num. of days: | 239 | Per Diem: | 14.150647 | |

**Monthly payment to escrow**

| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | | |
|---|---|---|---|---|---|---|---|
| A&H | $0.00 | Life | $0.00 | Escrow Advance | $0.00 | | |
| Total montly escrow | | | $0.00 | Months in arrears | 7 | Escrow in arrears | 0.00 |
| | | | | | | Accrued Late Charge: | 260.44 |

**Advances Under Loan Contract:**

| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | | 75.00 |
|---|---|---|---|---|---|---|---|
| Other | $30.00 | | | | | | |
| Legal Fees: | | | | | | | 375.00 |
| Total Estimate due as of | 09/30/16 | | | | | | 118,869.91 |

### AMOUNT IN ARREARS

**PRE-PETTITION AMOUNT:**

| 1 | payments of | $709.00 | each one | | | 709.00 |
|---|---|---|---|---|---|---|
| | acummulated lated charges | | | | | 90.68 |

**Advances Under Loan Contract:**

| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | | 75.00 |
|---|---|---|---|---|---|---|---|
| Other | $30.00 | | | | | | |
| Legal Fees: | | | | | | | 375.00 |
| | | | | | A = TOTAL PRE-PETITION AMOUNT | 1,249.68 |

**POST-PETTITION AMMENDED:**

| 3 | payments of | $707.00 | each one | | 2,121.00 |
|---|---|---|---|---|---|
| | Late Charge | | | | 169.76 |
| | Post Petition Legal Fees | | | | 600.00 |
| | | | | B = TOTAL POST-PETITION AMOUNT | 2,890.76 |

**POST-PETTITION AMOUNT:**

| 3 | payments of | $707.00 | each one | | 2,121.00 |
|---|---|---|---|---|---|
| | Late Charge | | | | 141.40 |
| | Post Petition Legal Fees | $1,032.95 | | | 1,032.95 |
| | | | | C = TOTAL POST-PETITION AMOUNT | 3,295.35 |
| | | | | TOTAL AMOUNT IN ARREARS | 7,435.79 |

### OTHER INFORMATION

| Next pymt due | 03/01/16 | Interest rate | 4.500% | P & I | $598.74 | Monthly late charge | $28.28 |
|---|---|---|---|---|---|---|---|
| Investor | Banco Popular de Puerto Rico | Property address | | T55 CALLE 24 CAGUAS PR 00725 | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

_[signature]_

BANCO POPULAR DE PUERTO RICO

09/13/16
DATE

SACCTFHA   Liliana Castro

Commonwealth of Puerto Rico

FHA CASE NO. 501-8266311-703

------------------------------MORTGAGE NOTE------------------------
------------------------------PAGARE HIPOTECARIO--------------------

US$ 124,230.00              San Juan, Puerto Rico
                        July 15,--------- 2011

1. "Borrower" means each person signing at the end of this Note, and the
1. "Deudor Hipotecario" significa cada persona que firma al final de este Pagaré y sus

person's successors and assigns. "Lender" means PREFERRED MORTGAGE CORPORATION
SUCESORES Y CESIONARIOS. "ACREEDOR Hipotecario" significa--------------------------

Carr. #1 Km 13.9 Zona Industrial Sein, Lote #9 Marginal Alda #1539, Río
Piedras, Puerto Rico 00926-------------------------------------------------------

and its successors and assigns.------------------------------------------------
y sus sucesores y cesionarios.-------------------------------------------------

2. In return for a loan received from Lender, Borrower promises to pay
2. A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor Hipotecario se

the principal sum of ONE HUNDRED TWENTY FOUR THOUSAND TWO HUNDRED THIRTY
obliga a pagar la cantidad principal de CIENTO VEINTICUATRO MIL DOSCIENTOS TREINTA----------

DOLLARS (US $ 124,230.00), plus interest, to the order of ---------------
DOLARES (US $ 124,230.00), más intereses, a la orden --------------------

The Lender. Interest will be charge on unpaid principal, from the date
del Acreedor Hipotecario. Se cargará intereses sobre el principal adeudado, desde la fecha

of disbursement of the loan proceeds by Lender, at the rate of FIVE POINT
en que el Acreedor Hipotecario desembolse el producto del préstamo a razón de CINCO PUNTO

ZERO ZERO per cent (5.00 %) per year until the full amount of principal----
CERO CERO por ciento (5.00%) anual hasta que el principal haya sido totalmente-

has been paid.-----------------------------------------------------------------
pagado.-----------------------------------------------------------------------

3. Borrower's promise to pay is secured by a mortgage that is dated the
3. La obligación de pagar del Deudor Hipotecario está garantizada por una hipoteca, otorgada

same date as this Note and called the "Security Instrument". The Security
en la misma fecha de este pagaré, denominada "Hipoteca". La hipoteca protege al Acreedor---

Instrument protects the Lender from losses which might result if Borrower
Hipotecario de pérdidas que podrían resultar si el Deudor Hipotecario incumpliere con los

defaults under this Note.------------------------------------------------------
términos de este Pagaré.------------------------------------------------------

4. (A) Borrower shall make a payment of principal and interest to Lender
4. (A) El Deudor Hipotecario hará un pago de principal más intereses, al Acreedor Hipotecario

on the first day of each month beginning on SEPTEMBER, 2011. Any principal--
el primer día de cada mes, comenzando en SEPTIEMBRE de 2011. Cualquier principal ------

and interest remaining on the first day of AUGUST, 2041, will be due on --------
más intereses adeudados al día primero de AGOSTO de 2041, vencerá en esa--------

that date, which is called the maturity date.---------------------------------
misma fecha que es denominada la fecha de vencimiento.------------------------

(B) Payment shall be made at the address notified to Borrower at--
(B) El pago será efectuado en la dirección notificada al Deudor Hipotecario en el

closing or at such place as Lender may designate in writing by notice to
cierre o en cualquier otro lugar que el Acreedor Hipotecario designe por escrito con notificación

Borrower.-------------------------------------------------------------------
al Deudor Hipotecario.------------------------------------------------------

(C) Each monthly payment of principal and interest will be in the amount of---
(C) Cada pago mensual de principal más intereses será por la cantidad de--------------

SIX HUNDRED SIXTY SIX DOLLARS AND EIGHTY NINE CENTS ($666.89) ------------------
SEISCIENTOS SESENTA Y SEIS DOLARES Y OCHENTA Y NUEVE ($666.89) -----------------

       Page 1 of 4            PR Form Rev. August 1996

This amount will be ~~t~~ of a large monthly payment ~~requir~~ by the Security
Esta cantidad es parte ~~d~~ pago mensual mayor, requerido por la Hipoteca que será aplicado

Instrument, that shall be applied to principal, interest and other
cado al principal, intereses y a otros conceptos en el orden descrito en la Hipoteca-----

items in the order described in the Security Instrument.-------------------

5. Borrower has the right to pay the debt evidenced by this Note, in
5. El Deudor Hipotecario tiene el derecho de pagar la deuda evidenciada por este Pagaré

whole or in part, without charge or penalty, on the first day of any month.
total o parcialmente, sin recargo ni penalidad, el primer día de cualquier mes. El Acreedor

Lender shall accept prepayment on other days provided that Borrower pays
Hipotecario aceptará el prepago cualquier otro día siempre que el Deudor Hipotecario pague

interest on the amount prepaid for the remainder of the month to the extent
intereses en la cantidad prepagada por el resto del mes requerido por el Acreedor Hipotecario

required by Lender and permitted by regulations of the Secretary. If----
y permitido por la reglamentación del Secretario. Si el Deudor Hipotecario hace prepagos

Borrower makes a partial prepayment, there will be no changes in the due
parciales, no habrá cambios en la fecha de vencimiento o la cantidad de pago mensual a menos

date or in the amount of monthly payment unless Lender agrees in writing to ---
que el Acreedor Hipotecario acepte los cambios por escrito.------------------------------

these changes.-----------------------------------------------------------------

6. (A) If Lender has not received the full monthly payment required by
6. (A) Si el Acreedor Hipotecario no hubiese recibido el pago total mensual requerido

the Security Instrument, as described in Paragraph 4(c) of this Note, by
por la Hipoteca, tal como se describe en el párrafo 4(c) de este Pagaré, al cabo de quince

the end of fifteen (15) calendar days after the payment is due, Lender may
(15) días calendarios después del vencimiento del pago, el Acreedor Hipotecario podrá cobrar

collect a late charge in the amount of four percent (4.00%) or the overdue
un recargo por demora en la cantidad de un cuatro por ciento (4.00%) de la suma atrasada de

amount of each payment.----------------------------------------------------------
cada pago.------------------------------------------------------------------------

(B) If Borrower defaults by failing to pay in full any monthly payment
(B) Si el Deudor Hipotecario incumpliere por no efectuar el pago completo de cualquier---

Then Lender may, except as limited by regulations of the Secretary
pago mensual, entonces, el Acreedor Hipotecario podrá, sujeto a las limitaciones reglamentarias

in the case of payment defaults, require immediate payment in full of the
del Secretario para el caso de incumplimiento por falta de pago, exigir el pago

principal balance remaining due and all accrued interest. Lender may
total inmediato del saldo impagado del principal y de todos los intereses acumulados. El

choose not to exercise this option without waiving its rights in the event
Acreedor Hipotecario podrá elegir no ejercitar esta opción sin renunciar a sus derechos en

of any subsequent default. In many circumstances regulations issued by the
caso de cualquier incumplimiento subsiguiente. En muchas circunstancias las reglamentarias

Secretary will limit Lender's rights to require immediate payment in full
Emitidas por el Secretario limitan los derechos del Acreedor Hipotecario para exigir el pago

in the case of payment defaults. This Note does not authorize acceleration
total inmediato por incumplimiento en el pago de plazos vencidos. Este Pagaré no autoriza la

when not permitted by HUD regulations. As used in this Note, "Secretary"
aceleración de su vencimiento cuando los reglamentos de HUD no lo permitan. Tal como se usa

means the Secretary of Housing and Urban Development or his or her
en este Pagaré, la palabra "Secretario" significa el Secretario del Departamento de

designee.-----------------------------------------------------------------------
Desarrollo Urbano y Vivienda de los Estados Unidos de América o su representante.-------------

Page 2 of 4    PR Form Rev. August 1996

(C) If Lender has required immediate payment in full as described above,
(C) Si el Acreedor Hipotecario ha exigido el pago total inmediato, según se describe

Lender may require Borrower to pay costs and expenses including reasonable
anteriormente, podrá requerirle al Deudor Hipotecario que pague costas y gastos, incluyendo

and customary attorney's fees for enforcing this Note to the extent not------
honorarios de abogado razonables y acostumbrados, hasta el máximo por la ley aplicable para

prohibited by applicable law. Such fees and costs shall bear interest
exigir el cumplimiento de este Pagaré. Dichos honorarios, costas y gastos devengarán

from the date of disbursement at the same rate as the principal of this
intereses, desde el día de su desembolso, al mismo tipo que el principal de este Pagaré.
Note.---------------------------------------------------------------------
--------------------------------------------------------------------------

7. Borrower and any other person who has obligations under this Note
7. El Deudor Hipotecario y cualquier otra persona que esté obligada bajo este Pagaré

waive the rights of presentment and notice of dishonor. "Presentment"
renuncian a los derechos de presentación y aviso de rechazo. "Presentación" significa el

means the right to require Lender to demand payment of amounts due.
derecho de requerirle al Acreedor Hipotecario que demande el pago de las cantidades vencidas.

"Notice of Dishonor" means the right to require Lender to give notice to
"Aviso de Rechazo" significa el derecho de requerirle al Acreedor Hipotecario notificar a

other persons that amounts due have not been paid.-------------------------
otras personas que las cantidades vencidas no han sido pagadas.------------

8. Unless applicable law requires a different method, any notice that
8. Salvo que el Derecho aplicable requiera un método distinto, cualquier notificación que

must be given to Borrower under this Note will be given by delivering it or
deba hacerse al Deudor Hipotecario bajo este Pagaré se hará mediante entrega o por correo de

by mailing it by first class mail to Borrower at the Property address below
primera clase, dirigida al Deudor Hipotecario, a la dirección de la Propiedad abajo indicada

or at a different address if Borrower has given Lender a notice of Borrower's
o a una dirección diferente, si el Deudor Hipotecario le ha notificado al Acreedor Hipotecario---
different address.--------------------------------------------------------
de una dirección diferente.-----------------------------------------------

Any notice that must be given to Lender under this Note will be given
Cualquier notificación que se deba hacer al Acreedor Hipotecario bajo este Pagaré le

by first class mail to Lender at the address state in Paragraph 4(B) or at
será hecha por correo de primera clase a la dirección expresada en el Párrafo 4(B) o a una

a different address if Borrower is given a notice of that different
dirección diferente si al Deudor Hipotecario le ha sido notificada una dirección diferente
address.-------------------------------------------------------------------
--------------------------------------------------------------------------

9. If more than one person signs this Note, each persons fully and
9 Si más de una persona firma este Pagaré, cada una queda total y personalmente obligada

Personally obligated to keep all of the promises made in this Note, including
a cumplir todos los compromisos contraídos en este pagaré, incluyendo el de pagar la cantidad

the promise to pay the full amount owed. Any person who is a guarantor
total adeudada. Cualquier persona que sea garantizadora, fiadora o endosante de este Pagaré

surety or endorser of this Note is also obligated to do these things.
está también obligada a cumplir lo estipulado. Cualquier persona que asuma estas obligaciones--

Any person who takes over these obligations, including the obligations of a
incluyendo las obligaciones de un garantizador, fiador o endosante de este Pagaré, también ----

guarantor, surety or endorser of this Note is also obligated to keep all
esta obligada a cumplir todos los compromisos contraídos en el mismo. El Acreedor Hipotecario

of the promises made in this Note. Lender may enforce its rights under
podrá hacer valer sus derechos bajo este Pagaré en contra de cada persona individualmente ---------

Page 3 of 4                PR Form Rev. August 1996

this Note against  h person individually or against    signatories
dualmente o en contra     todos  los signatarios conjuntamente.  A  .quier suscribiente de

together.  Any one person signing this Note may be required to pay all of
este Pagaré le podrá ser requerido el pago de todas las cantidades adeudadas bajo el mismo.

the amounts owed under this Note.------------------------------------------
----------------------------------------------------------------------------

    BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants----
    AL SUSCRIBIR este Pagaré el Deudor Hipotecario acepta y está de acuerdo con los términos

contained in this Note.----------------------------------------------------
y pactos contenidos en el mismo.-------------------------------------------

    This Note is secured by a mortgage executed by Deed number 331---------
    Este Pagaré está garantizado por Hipoteca constituida por la Escritura número 331-------

of this same date before the subscribing Notary.---------------------------
otorgada en esta misma fecha ante el Notario suscribiente.-----------------

    In San Juan, Puerto Rico, on July 15,------------------- 2011.
    En San Juan, Puerto Rico, a 15-- de julio---------- de 2011.

MARIA DE LA CRUZ ROMERO MARTINEZ
Deudora Hipotecaria

T-55 24 ST.
VILLA NUEVA DEV.
CAGUAS, PR 00727

Property Address
Dirección de la Propiedad

PAY TO THE ORDER OF
POPULAR MORTGAGE INC.
WITHOUT RECOURSE
PREFERRED MORTGAGE CORPORATION
BY
CARLOS SALTZ

Affidavit Number: 1273
Afidávit Número: 1273

---Acknowledged and subscribed by me the above signatory of the personal circumstances contained in the Mortgage Deed hereinbefore described, I have identified as expressed also in said deed.---------------------------

NOTARY PUBLIC

PAY TO THE ORDER OF
BANCO POPULAR DE PUERTO RICO
WITHOUT RECOURSE
POPULAR MORTGAGE, INC.

PAY TO THE ORDER OF
WITHOUT RECOURSE
BANCO POPULAR DE PUERTO RICO

Page 4 of 4    PR Form Rev. August 1996

ALLONGE

Cantidad Principal Original: $124,230.00                    Número de Préstamo:         1

Conforme a la escritura número 2 de Modificación y Cancelación Parcial de Hipoteca (la "*Modificación*"), otorgada en esta misma fecha ante el (la) Notario suscribiente se modifica el pagaré (el "*Pagaré*") suscrito el **15 de julio de 2011** mediante la escritura número 331, por **María De La Cruz Romero Martínez** ante el Notario Público **Katiria R. Faria Chacón**, a los efectos de enmendar los siguientes términos y condiciones:

a) la cantidad principal adeudada se reduce para que sea igual a la cantidad principal de **$118,168.23**;

b) la tasa de interés y el pago mensual de principal e interés se enmienda a los efectos de ser pagado como sigue:

(i) Comenzando el **1ro de junio de 2014**, el Deudor pagará mensualmente durante los próximos **360 meses** pagos de principal e intereses en la suma de $598.74 calculados a razón de una tasa de interés anual igual a **4.50 % anual**.

c) El último pago de principal e intereses será el **1ro de mayo de 2044**

Conforme al otorgamiento de la Modificación, del presente Allonge y la reducción en la cantidad principal adeudada, se hace constar que se cancela parcialmente la hipoteca por la suma de **$6,061.77**.

No Novación. Los Comparecientes reconocen que la presente modificación del Pagaré y la Hipoteca no constituye una novación de la obligación representada por los mismos, quedando inalterados todos los demás términos y condiciones que no han sido expresamente modificados mediante la Modificación y este Allonge. Las enmiendas o cualquier otro acuerdo llevado a cabo en la Modificación y este Allonge, no constituye una aceptación de las partes para llevar a cabo cualquier otra enmienda no especificada en la Modificación y en este Allonge a los términos, condiciones u obligaciones del Pagaré y de la Hipoteca o de cualquier otro documento relacionado a dichos documentos. Tampoco constituye un relevo de cualquier término, condición u obligación del Pagaré o de la Hipoteca, según enmendados, o de cualquier otro documento relacionado a dichos documentos.

PARA QUE ASI CONSTE, firmamos la presente en San Juan, Puerto Rico, a los **15 días del mes de abril de 2014.**

_____
María de la Cruz Romero Martínez

_____
Notario Público

FHA Case Number: 501-8266311-703
Loan Number: 07-101-001-6308911

## SUBORDINATE NOTE
*PAGARÉ SUBORDINADO*

US $ 6,793.00

1. **PARTIES**
"Borrower" means each person signing at the end of this note and the person's and assigns.
"Secretary" or "Lender" means The Secretary of Housing and Urban Development, its succesors and assigns.

*1. PARTES*
*"Deudor Hipotecario" significa cada persona que firma al final de este Pagare y sucesores y cesionarios.*
*"Secretario" o Acreedor Hipotecario" significa Secretario del Departamento de Desarrollo Urbano y Vivienda de los Estados Unidos de América, sus sucesores y cesionarios.*

2. **BORROWERS PROMISE TO PAY**
In return for a loan received from Lender, Borrower promise to pay the amount of $6,793.00 with no interest, to the order of the Lender.

*2. EL DEUDOR HIPOTECARIO PROMETE PAGAR*
*A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor se obliga para la suma de $6,793.00 sin intereses, a favor del Acreedor Hipotecario.*

3. **PROMISE TO PAY SECURED**
Borrower's promise to pay is secured by a mortgage that is dated the same Date as this note and called the "Security Instrument." The Security Instrument protects the Lender from losses which might result if Borrower defaults under the note.

*3. PROMESA DE PAGO GARANTIZADO*
*La obligación de pagar del deudor Hipotecario está garantizada por una hipoteca otorgada en la misma fecha de este Pagare denominado "Hipoteca". La Hipoteca protege al Acreedor Hipotecario de pérdidas que podrían resultar si el Deudor Hipotecario incumple los términos de este pagare.*

4. **MANNER OF PAYMENT**
(A) MATURITY. On May 1, 2044 (maturity date of insured mortgage) or earlier, when the first of the following events occur: (i) Borrower has paid in full all amounts due under the primary note and related mortgage, deed of trust or similar security instruments insured by the Secretary; or (ii) The maturity date of the Primary Note has been accelerated; or (iii) The Note and related mortgage, deed of trust or similar security instrument are no longer insured by the Secretary; or (iv) The property is not occupied by the purchaser as the principal residence.
(B) PLACE. Payment shall be made at the following address: First Madison Services, Inc., (f.k.a. Cayton National), 4111 South Darlington Suite 300, Tulsa, Oklahoma 74135, or any such other place as the Lender may designate in writing by notice to Borrower.

*4. FORMA DE PAGO*
*(A) VENCIMIENTO. El 1ero. de Mayo de 2044 (fecha en la cual vence la hipoteca asegurada) antes, cuando ocurra el primero de los siguientes eventos: (i) El Deudor Hipotecario haya pagado en su totalidad las cantidades adeudadas bajo el pagare primario y la hipoteca relacionada, escritura de fideicomiso instrumento de garantía similar asegurado por el Secretario; o (ii) El vencimiento del Pagaré primario ha sido acelerado; o (iii) El pagaré y la hipoteca relacionada, escritura de fideicomiso o instrumento de garantía similar ya no están asegurados por el Secretario; o (iv) La propiedad no está ocupada por la compradora como su residencia principal.*
*(B) LUGAR. El pago debe ser emitido a la siguiente dirección: First Madison Services Inc. (f.k.a. Calyton National), 4111 South Darlington Suite 300, Tulsa, Oklahoma 74135 o cualquier otro lugar que designe el Acreedor Hipotecario mediante notificación por escrito al Deudor Hipotecario.*

5. **BORROWER'S RIGHT TO REPAY.** Borrower has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty. If Borrower makes a partial payment, there will be no changes in the due date or in the amount of monthly payments, unless Lender agrees in writing to those changes.

*5. DERECHO DEL DEUDOR HIPOTECARIO A PAGAR POR ADELANTADO. El Deudor Hipotecario tiene el derecho de pagar la duda evidenciada por este Pagare, total o parcialmente, sin recargo ni penalidad. Si el Deudor Hipotecario hace prepagos parciales, no habrá cambios en la fecha de vencimiento o en la cantidad de pago mensual a menor que el Acreedor Hipotecario acepte los cambios por escrito.*

6. **WAIVER.** Borrower and any other person who has obligations under this Note, waive the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of Dishonor" means the right to require Lender to give a notice to other persons that amount due have not to be paid.

1

6. **RENUNCIA.** *El Deudor Hipotecario y cualquier otra persona que esté obligada bajo este Pagaré, renuncia a los derechos de presentación o aviso de rechazo. "Presentación" significa el derecho de requerirle al Acreedor Hipotecario que demande el pago de las cantidades vencidas. "Aviso de Rechazo" significa el derecho de requerirle al Acreedor Hipotecario notificar a otras personas que las cantidades vencidas no han sido pagadas.*

7. **NOTIFICATION TO BORROWER.** Unless applicable law requires a different method, any notice that must be given to Borrower under this Note, will be given by delivering it or mailing it by first class mail to Borrower at the Property Address below or at different address if Borrower has given Lender a notice of Borrower's different address. Any notice that must be given to Lender unless this Note will be given by first class mail to Lender at the address in Paragraph 4(B) of this Note or at different address if Borrower is given a notice of that different address.

7. **NOTIFICACION AL DEUDOR HIPOTECARIO.** *Salvo que el derecho aplicable requiera un método distinto, cualquier notificación que deba hacerse al Deudor Hipotecario bajo este Pagare se hará mediante entrega o por correo de primera clase, dirigida al Deudor Hipotecario, a la dirección de la Propiedad abajo indicada o a una dirección diferente, si el Deudor Hipotecario le ha notificado al Acreedor Hipotecario de una dirección diferente. Cualquier notificación que se deba hacer al Acreedor Hipotecario bajo este pagare le será hecha por correo de primera clase a la dirección expresada en el Párrafo 4(B) de este Pagare o a una dirección diferente si al Deudor Hipotecario le ha sido notificado una dirección diferente.*

8. **OBLIGATIONS OF PERSONS UNDER THIS NOTE.** If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in the Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who take over these obligations, including the obligation of a guarantor, surely or endorser of this Note, is also obligated to keep all of the promises made in this Note. Lender may enforce its rights under this Note against each person or individually against all signatories together. Any one person signing this Note may be required to pay all of the amounts owed under this Note.

8. **OBLIGACIONES DE LAS PERSONAS SUSCRIEN ESTE PAGARE.** *Si más de una persona firma este Pagare, cada una queda total y personalmente obligada a cumplir todos los compromisos contraídos en este Pagare, incluyendo el de pagar la cantidad total adeudada. Cualquier persona que sea garantizadora, fiadora o endosante de este Pagare esta también obligada a cumplir lo estipulado, Cualquier persona que asuma estas obligaciones, incluyendo las obligaciones de un garantizador, fiador o endosante de este Pagare, también está obligada a cumplir todos los compromisos contraídos en el mismo. El Acreedor Hipotecario podrá hacer valer sus derechos bajo este pagare en contra de cada persona individualmente o en contra de todos los suscribientes conjuntamente. A cualquier suscribiente de este Pagare le podrá ser requerido el pago de todas las cantidades adeudadas bajo el mismo.*

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained on this Note. This Note is secured by a mortgage executed by Deed number 3 of this same date before the subscribing Notary.

*AL SUSCRIBIR este Pagare, el Deudor Hipotecario acepta y está de acuerdo con los términos y pactos contenidos en el mismo. Este Pagare está garantizado por hipoteca constituida mediante la Escritura número 3 otorgada en esta misma fecha ante el Notario suscribiente.*

In San Juan, Puerto Rico, on **April 15, 2014** / En San Juan, Puerto Rico a **15 de abril de 2014**.

Property Address: T-55 24 St.
Urbanización Villa Nueva
Caguas, Puerto Rico 00725

_____
Maria de la Cruz Romero Martínez
Borrower(s)

AFFIDAVIT NO.: 003, I mean 001

Recognized and subscribed to before me by the above mentioned debtor(s), whom I have identified as stated in Deed Number 1, I mean, 3 of even date and whose personal circumstances are set forth in said deed.



Notary Public

2

# Sánchez-rubio & ASSOC.

P. O. Box 364012, San Juan, Puerto Rico 00936-4012
(787) 788 - 4321
(787) 788 - 0358 fax
e-mail: daxsanchezrubio@gmail.com

CASO: MARÍA DE LA CRUZ ROMERO MARTÍNEZ
**Expediente No. BPPR (15-03199),** 1351/ 3043

FINCA: No. 21663, inscrita al folio 165 del tomo 1214 de Caguas.
Registro de la Propiedad, Sección Primera de Caguas.

DESCRIPCION:

URBANA: Solar marcado con el No. 55 del Bloque "T" del plano de inscripción de la URBANIZACIÓN VILLA NUEVA, situado en el Barrio Turado del término municipal de Caguas, Puerto Rico, con una cabida superficial de 411.00 metros cuadrados. En lindes por el Norte, en 23.46 metros, con el solar No. 56; por el Sur, en 25.72 metros, con el solar No. 54; por el Este, en 25.65 metros, con un área para juegos; y por el Oeste, en 10.59 metros, con la Calle No. 24. En este solar enclava una casa residencial para una familia.

TRACTO REGISTRAL: Se segrega de la finca No. 19480, inscrita al folio 66 del tomo 594 de Caguas.

DOMINIO:

CONSTA inscrita a favor de MARÍA DE LA CRUZ ROMERO MARTÍNEZ, mayor de edad, soltera, propietaria y vecina de Caguas, quien adquiere por título de compraventa de Santos Centeno Hernández y su esposa Teresita Zayas Malavé, por el precio de $133,000.00, mediante escritura No. 101, otorgada en San Juan el 15 de julio del 2011, ante Angel Omar Rodríguez Correa, inscrita al folio 165 del tomo 1214 de Caguas, finca No. 21663, inscripción 8ª.

GRAVAMENES:

1. Por su procedencia está afecta a:
    a. Servidumbres.
    b. Condiciones Restrictivas sobre uso y edificación.

2. HIPOTECA: Por la suma principal de $124,230.00 en garantía de un pagaré a favor de PREFERRED MORTGAGE CORPORATION, o a su orden, con intereses al 5.00% anual y vencimiento el 1ro. de agosto del 2041, tasada en $124,230.00, constituida mediante escritura No. 331 otorgada en San Juan el 15 de julio del 2011, ante Katiria B. Faria Chacón, inscrita al folio 165 del tomo 1214 de Caguas, finca No. 21663, inscripción 9ª.

3.     HIPOTECA: Por la suma principal de $10,000.00 en garantía de un pagaré a favor de PREFERRED MORTGAGE CORPORATION, o a su orden, con intereses al 5.50% anual y vencimiento el 1ro. de agosto del 2041, tasada en $10,000.00, constituida mediante escritura No. 332 otorgada en San Juan el 15 de julio del 2011, ante Katiria B. Faria Chacón, inscrita al folio 165 del tomo 1214 de Caguas, finca No. 21663, inscripción 10ª.

**MARÍA DE LA CRUZ ROMERO MARTÍNEZ**
**Expediente No. BPPR (15-03199),**     71351/     /3043
Finca No. 21663 de Caguas
Página No. 2

DOCUMENTOS PENDIENTES:

Al asiento 1168 del diario 1180, con fecha 2 de mayo del 2014, aparece presentado y pendiente de inscripción, escritura de Subordinación de Hipoteca No. 4 otorgada en San Juan el 15 de abril del 2014 ante Rafael E. Saavedra Morell, mediante la cual comparece el Banco Popular de Puerto Rico, subordinando la hipoteca por la suma principal de $10,000.00, para que la hipoteca por la suma principal de $124,230.00, quede con rango preferente.

Al asiento 1172 del diario 1180, con fecha 2 de mayo del 2014, aparece presentado y pendiente de inscripción, escritura No. 3 otorgada en San Juan el 15 de abril del 2014 ante Rafael E. Saavedra Morell, mediante la cual la Titular Registral constituye hipoteca sobre esta finca en garantía de un pagaré a favor del SECRETARIO DEL DEPARTAMENTO DE DESARROLLO URBANO Y VIVIENDA DE LOS ESTADOS UNIDOS DE AMERICA, o a su orden, por la suma principal de $6,793.00, sin intereses y venciendo el 1ro. de mayo del 2044.

Al asiento 1188 del diario 1180, con fecha 2 de mayo del 2014, aparece presentado y pendiente de inscripción, escritura No. 2 otorgada en San Juan el 15 de abril del 2014 ante Rafael E. Saavedra Morell, mediante la cual comparece la Titular Registral y el Banco Popular de Puerto Rico, este último como tenedor por endoso del pagaré de la hipoteca por la suma principal de $124,230.00, modificandola en cuanto a: Su principal que será ahora por $118,168.23, sus intereses al 4.50% anual y vencerá el 1ro. de mayo del 2044.

Al asiento 674 del diario 1182, con fecha 12 de agosto del 2014, aparece presentado y pendiente de inscripción, escritura No. 98 otorgada en San Juan el 12 de junio del 2014 ante Rosanna Rivera Sánchez, mediante la cual comparece LA AUTORIDAD PARA EL FINANCIAMIENTO DE LA VIVIENDA DE PUERTO RICO, a dar consentimiento sobre la subordinación y modificación antes relacionadas.

REVISADOS: Registros de embargos estatales, sentencias, contribuciones federales y bitácora electrónica.

NOTA: Debido al Sistema de Bitácora Electrónica utilizado en esta Sección, no podemos certificar que exista algún documento adicional relacionado con esta finca. <u>Este documento es para uso exclusivo e intransferible de la Institución solicitante</u>.

20 de mayo del 2015. ζ
gus

Department of Defense Manpower Data Center

Results as of : Sep-13-2016 11:10:28 AM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>ROMERO MARTINEZ</u>
First Name: <u>MARIA</u>
Middle Name: <u>DE LA CRUZ</u>
Active Duty Status As Of: <u>Sep-13-2016</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ý 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via this URL: https://kb.defense.gov/PublicQueries/publicQuestions/FaqsAnswers.jsp?Subject=Locating Service Members or Getting a Mailing Addresss. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ý 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: 5DDEF0A1430BE50